IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAULA WASHINGTON,
o/b/o MPB,

    Plaintiff,

vs.                                                       1:10-cv-186-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

Pending before the Court is Defendant's Motion For Enlargement Of Time. (Doc. 15.) Defendant requests a thirty day extension of time to file his response to Plaintiff's Memorandum. The current deadline for filing Defendant's response memorandum is April 12, 2011. Pursuant to Local Rule 7.1(B), Defendant's counsel certifies that Plaintiff's counsel does not object to the requested relief.

Accordingly, upon due consideration, Defendant's Motion For Enlargement Of Time (Doc. 15) is **GRANTED**. Defendant shall file his response memorandum by **May 12, 2011**.

**DONE AND ORDERED** this 12th day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge