**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PAULA A. WASHINGTON,
o/b/o MPB,

    Plaintiff,

v.                                      CASE NO. 1:10cv186-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2011. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE and ORDERED** this 4th day of March, 2012.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**